**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANE DOE (P.B.),<br><br>    Plaintiff<br><br>v.<br><br>WYNDHAM HOTELS & RESORTS, INC.<br>D/B/A RAMADA INN, RAMADA FRANCHISE<br>SYSTEMS, INC D/B/A, RAMADA INN, CT-<br>CT07 MAZEL, LLC D/B/A RAMADA INN and<br>DT-DT07 MAZEL, LLC D/B/A RAMADA INN<br><br>    Defendants. | Cause No. ___-cv-_____<br><br><br>Civil Complaint and Jury Demand |

## PLAINTIFF'S ORIGINAL COMPLAINT

Jane Doe P.B., Plaintiff in the above-styled and numbered cause, files this Original Complaint against Wyndham Hotels & Resorts, Inc. d/b/a Ramada Inn, Ramada Franchising, Inc. d/b/a Ramada Inn, CT-CT07 Mazel, LLC d/b/a Ramada Inn, and DT-DT07 Mazel, LLC d/b/a Ramada Inn as Defendants, and respectfully shows the Court as follows:

### SUMMARY

1.     As sex trafficking has grown to epidemic proportions, it has become widely recognized that we must look beyond just the pimp and sex buyer in order to stop sex trafficking. We must look to the other individuals and entities who facilitate and benefit from sex trafficking.

2.     The facilitation of sex trafficking is unlawful under federal law. The Trafficking Victims Protection Reauthorization Act ("TVPRA"), 18 U.S.C. § 1581, *et seq*, expands trafficking liability beyond the sex seller and buyer to also prohibit individuals or entities from knowingly benefiting "financially or by receiving anything of value from participation in a venture which that person knew or should have known" was engaged in trafficking.

3.    This case is about the continuous sex trafficking of Jane Doe that occurred at a Ramada Inn owned by CT – CT07 Mazel, LLC and Dt – DT07 Mazel, LLC as franchisees of Wyndham Hotels & Resorts, Inc. through Ramada Franchising Systems, Inc.

4.    As discussed herein, each of the defendants in this case knowingly benefitted from participation in a venture that facilitated Jane Doe's trafficking at the subject Ramada Inn. Accordingly, Jane Doe brings suit under the TVPRA.

**PARTIES**

**PLAINTIFF**

5.    Plaintiff Jane Doe P.B. is a resident of Millville, New Jersey. She may be contacted through her lead counsel, whose information is contained below.

6.    Given the nature of these allegations, there is a collective and compelling public, well recognized interest in not publicly revealing Jane Doe P.B.'s identity.

**FRANCHISORS**

7.    Wyndham Hotels & Resorts, Inc. is a for-profit Delaware corporation with its principal place of business in Parsippany, New Jersey.

8.    All references to Wyndham Hotels & Resorts, Inc. include any department, division, office, agency, subsidiary, or corporate affiliate whether domestic, foreign, and/or international. The term also includes any director, officer, agent (either with direct/actual authority and implied/apparent authority), employee, person, firm, or corporation acting on behalf of Wyndham Hotels & Resorts, Inc. now or at any time relevant to the claims herein.

9.    Defendant Wyndham Hotels & Resorts, Inc. may be served through its registered agent for service: Corporate Creations Network Inc. at 3411 Silverside Road, Rodney Building #104, Wilmington, DE 19810

10. Ramada Franchise Systems, Inc. is a for-profit Delaware Corporation with its principal place of business in Parsippany, New Jersey.

11. All references to Ramada Franchise Systems, Inc. include any department, division, office, agency, subsidiary, or corporate affiliate whether domestic, foreign, and/or international. The term also includes any director, officer, agent (either with direct/actual authority and implied/apparent authority), employee, person, firm, or corporation acting on behalf of Ramada Franchise Systems, Inc. now or at any time relevant to the claims in this suit.

12. Defendant Ramada Franchise Systems, Inc. may be served through its registered agent: Corporate Creations Network, Inc., 801 Highway 1, North Palm Beach, FL 33408.

13. Wyndham Hotels & Resorts, Inc. ("Wyndham") and Ramada Franchise Systems, Inc. ("Ramada Franchising") are collectively referred to as "Franchisors."

### FRANCHISEES

14. CT-CT07 Mazel, LLC is a for-profit New Jersey Limited Liability Corporation with its principal place of business at 399 Monmouth Street, East Windsor, New Jersey.

15. CT-CT07 Mazel, LLC may be served by serving it through its registered agent, Carey Tajfel, at 399 Monmouth Street, East Windsor, New Jersey.

16. DT-DT07 Mazel, LLC is a for-profit New Jersey Limited Liability Corporation with its principal place of business at 399 Monmouth Street, East Windsor, New Jersey.

17. DT-DT07 Mazel, LLC may be served by serving it through its registered agent, Doran Tajfel, at 399 Monmouth Street, East Windsor, New Jersey.

18. CT-CT07 Mazel and DT-DT07 are collectively referred to as "Mazel Franchisees." All references to "Mazel Franchisees" include any department, division, office, agency, subsidiary, or corporate affiliate whether domestic, foreign, and/or international. The term also includes any

director, officer, agent (either with direct/actual authority and implied/apparent authority), employee, person, firm, or corporation acting on behalf of CT-CT07 Mazel, LLC or DT-DT07 Mazel, LLC now or at any time relevant to the claims herein.

## JURISDICTION AND VENUE

19.     This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because this action involves a federal question under the TVPRA.

20.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to this claim occurred in this District and Division.

21.     Jane Doe P.B.'s damages are in excess of the jurisdictional limits of the court.

## STATEMENT OF FACTS

### About Jane Doe

22.     Jane Doe (P.B.) has not had an easy life. Due to significant medical complications as a child, Jane Doe became addicted to pain killers. In June 2015, a trafficker preyed upon her vulnerability and through force, fraud and coercion trafficked Jane Doe. Jane Doe's trafficking occurred at the hands of two traffickers (K.J.C. and B.C.S.). The traffickers provided and withheld access to drugs, food and shelter based on Jane Doe making money through the sale of illicit sex. On occasion, physical force was used against Jane Doe with threat to her and her family's safety if she did not remain compliant in the trafficking scheme.

23.     Through Jane Doe's best recollection, court records and witness testimony, Jane Doe's trafficking period includes, but cannot be limited to, 2015 through 2017. On several instances during this time period, at a minimum, Jane Doe was trafficked at the Hotel Defendants Ramada Inn property that was located at 2373 US-9, Toms River, New Jersey 08755. Jane Doe would attend out calls and in calls at this location. Due to Jane Doe being kept on drugs she is

able to provide only the dates of March 15, 2016 through March 16, 2016 at the subject Defendant property.

24.    During the relevant period, Jane Doe was a resident of New Jersey. She was first trafficked in New Jersey and her traffickers were based in New Jersey and arranged out calls from New Jersey. Ultimately, Jane Doe was trafficked in several states including New Jersey and Pennsylvania.

25.    Jane Doe would appear at the hotel property disheveled and unkempt. On occasion for an in call, a room in the back was requested, several sex buyers would arrive and go in and out of the room, cash was used to purchase the room and housekeeping suspended. On an out call, Jane Doe would not be a registered guest, would arrive in the trafficker's vehicle and would come out to the trafficker's vehicle with money and return to the room.

26.    Had the Defendants, by and through their employees, followed Franchisors' stated policies and procedures regarding human trafficking, and codes of conduct designed to curb human trafficking, Doe's suffering could have been cut short, instead of continuing on for years.

**The Hotel Industry's Role in Sex Trafficking**

27.    Today, sex slavery is pervasive in the United States, and hotels are the primary place where it happens.[1] For years, sex traffickers have "been able to reap these profits with little risk when attempting to operate within hotels."[2] In 2014, 92% of calls received by the National

---

[1] This is not only a dominant issue, it's an epidemic issue." See Jaclyn Galucci, Human Trafficking is an Epidemic in the U.S. It's Also Big Business, Fortune, April 2019, at https://fortune.com/2019/04/14/human-sex-trafficking-us- slavery/ citing Cindy McCain, who chairs the McCain Institute's Human Trafficking Advisory Council. "It's also something that is hiding in plain sight. It's everywhere—it's absolutely everywhere." Id.

[2] See Human Trafficking in the Hotel Industry, Polaris Project, February 10, 2016, at https://polarisproject.org/blog/2016/02/10/human-trafficking-hotel-industry; see also Eleanor Goldberg, You Could Help Save A Trafficking Victim's Life With Your Hotel Room Pic, Huffington Post, June 2016, at http://www.huffingtonpost.com/entry/taking-a-photo-of-your-hotel-room-could-help-save-a- trafficking-victims-life_us_57714091e4b0f168323a1ed7

Human Trafficking Hotline involved reports of sex trafficking taking place at hotels.[3] Hotels have been found to account for over 90% of commercial exploitation of children.[4]

28.      To address the crisis of sex trafficking at hotels, multiple agencies and organizations who actively combat sex trafficking, including the United States Department of Homeland Security, the National Center for Missing and Exploited Children, the Polaris Project, the Texas Attorney General, Love 146, EPCAT, among others, have established recommended policies and procedures for recognizing the signs of sex trafficking. [5]

29.      Some of the recommended policies and procedures intended to reduce or eliminate sex trafficking, include learning to identify warning signs and indicators of sex trafficking, including but not limited to:[6]

- Individuals show signs of fear, anxiety, tension, submission, and/or nervousness;

- Individuals show signs of physical abuse, restraint, and/or confinement;

- Individuals exhibit evidence of verbal threats, emotional abuse, and/or being treated in a demeaning way;

- Individuals show signs of malnourishment, poor hygiene, fatigue, sleep deprivation, untreated illness, injuries, and/or unusual behavior;

- Individuals lack freedom of movement or are constantly monitored;

- Individuals avoid eye contact and interaction with others;

---

[3] Michele Sarkisian, Adopting the Code: Human Trafficking and the Hotel Industry, Cornell Hotel Report, October 2015, at https://scholarship.sha.cornell.edu/cgi/vi ewcontent.cgi?article=1222&context=chrpubs Oct. 2015

[4] See Erika R. George and Scarlet R. Smith, In Good Company: How Corporate Social Responsibility Can Protect Rights and Aid Efforts to End Child Sex Trafficking and Modern Slavery, 46 N.Y.U. J. Int'l L. & Pol. 55, 66-67 (2013).

[5] https://www.dhs.gov/blue-campaign; United States Department of Homeland Security Blue Campaign – One Voice. One Mission. End Human Trafficking.Source:https://www.dhs.gov/sites/default/files/publications/blue-campaign/toolkits/hospitality-toolkit-eng.pdf; https://www.missingkids.org/theissues/trafficking#riskfactors; https://love146.org/wp-content/uploads/2017/04/Hospitality-Red-Flag-and-Reporting-Love146.pdf; https://www2.texasattorneygeneral.gov/files/human_trafficking/human_trafficking_red_flags_handout.pdf

[6] See Id.

---

- Individuals have no control over or possession of money or ID;

- Individuals dress inappropriately for their age or have lower quality clothing compared to others in their party;

- Individuals have few or no personal items—such as no luggage or other bags;

- Individuals appear to be with a significantly older "boyfriend" or in the company of older males;

- A group of girls appears to be traveling with an older female or male;

- A group of males or females with identical tattoos in similar locations. This may indicate "branding" by a trafficker;

- Drug abuse or frequent use of "party drugs" such as GHB, Rohypnol, Ketamine, MDMA (Ecstasy), Methamphetamines, Cocaine, and Marijuana;

- Possession of bulk sexual paraphernalia such as condoms or lubricant;

- Possession or use of multiple cell phones; and

- Possession or use of large amounts of cash or prepaid cards.

30.    Recognizing the unique vantage point that that hotel owners and staff often have to identify potential human trafficking victims on their properties, several major hotel chains, including Wyndham, Ramada Franchising, and Mazel Franchisees, have told the public they have accepted the unique opportunity and responsibility to stop facilitating sex trafficking.  In order to meet that responsibility, several (if not most) major hotel chains have adopted robust anti-human trafficking policies to train its employees to identify and properly respond to the "red flags" of sex trafficking.  Each defendant named herein had the opportunity and responsibility to adopt, implement, and enforce similar policies at the subject Ramada Inn. Unfortunately for Jane Doe, they failed to do so.

**The Use of Ramada Inn Branded Properties for Sex Trafficking is Prevalent**

31.    Countless tales of tragedy establish the entrenched, pervasive nature and knowledge of Ramada Inn's role as the venue for sex trafficking across the United States for years:

- In June 1987 a federal grand jury indicted 16 persons on charges stemming from alleged participation in an interstate prostitution ring working out of hotels including a Rockville, Maryland Ramada Inn.[7]

- In September 2009, police discovered a prostitution ring at the Ramada Inn on Roosevelt Boulevard in Philadelphia. Police looking for a defendant in a drug case discovered 11 women. Some of the women reported that they were being held against their will and sexually assaulted.[8]

- In May 2010, Waterloo, Iowa Police followed a used a Craigslist ad and made arrangements to meet females for sex at the local Ramada Inn. Police arrested two.[9]

- In February 2010, police in Burbank, California arrested three at the Ramada Burbank Airport Hotel on charges of prostitution as part of their effort to curb the sex trade.[10]

- In June 2012 Beaverton, Oregon police made an arrest at a Ramada Inn Northeast Portland in connection with a nationwide FBI sex trafficking sting.[11]

- In July 2012, East Hartford's "Hot Spot Unit" conducted a sting at at the Ramada Inn on Roberts Street in Hartford, Connecticut where it arrested a man for promoting prostitution and 6 women on charges of prostitution[12]

---

[7] Victoria Churchville, 16 INDICTED IN PROSITUTION RING THAT USED PAGERS, POSH HOTELS, The Washington Post, (June 19, 1987), https://www.washingtonpost.com/archive/local/1987/06/19/16-indicted-in-prostitution-ring-that-used-pagers-posh-hotels/c984c86e-6ecf-42ee-bb55-cbc980dab948/

[8] *Possible prostitution ring discovered at Boulevard Ramada*, WHYY PBS (Sept. 8, 2009), https://whyy.org/articles/possible-prostitution-ring-discovered-at-boulevard-ramada/

[9] *Police make Prostitution Arrests*, Waterloo Police Department, https://www.waterloopolice.com/press-release/654-police-make-prostitution-arrests.html

[10] Olsen Ebright, Burbank Hookers, Beware, NBC 4 Los Angeles, (Mar. 3, 2010), https://www.nbclosangeles.com/news/local/burbank-prostitution/1867548/

[11] *Beaverton police arrest two in nationwide, FBI sex trafficking sting*, The Oregonian, (Jun. 26, 2012), https://www.oregonlive.com/beaverton/2012/06/beaverton_police_arrest_two_in.html

[12] *East Hartford Police Arrest Seven on Prostitution Charges*, Harford Courant, (Jul. 26, 2012), https://www.courant.com/community/hartford/hc-xpm-2012-07-27-hc-east-hartford-prostitution-arrests-0728-20120727-story.html

- In January 2013 two women were arrested on suspicion of prostitution at the Ramada Inn Burbank in Burbank, CA.[13]

- In April 2013, police found an underage girl in a room where prostitution was believed to be occurring at a Tampa, Florida Ramada Inn. A twenty-five-year-old woman fled the scene. She was later arrested on charges of procuring a person under 18 for the purpose of prostitution, deriving support from the proceeds of prostitution and renting space to be used for prostitution.[14] She was later convicted of charges of trafficking three underage teens, including a 16-year-old girl and a 14-year-old boy.[15]

- In November 2013, an investigation into prostitution ring led to the arrest of five people and the seizure of electronic equipment at the Ramada Inn in La Vergne, Tennessee.[16]

- In March 2014, undercover police raided a room at the Ramada Inn on Roosevelt Boulevard in Philadelphia arresting a woman for solicitation of prostitution and a man for suspected drug dealing.[17]

- In April 2014, police in Rock Hill, North Carolina, as part of a prostitution sting that netted five, made arrests at the Ramada Inn. In total the arrests included three women and two men.[18]

---

[13] *Two women arrested on suspicion of prostitution at Burbank Ramada Inn*, Burbank Leader (Feb. 1, 2013), https://www.latimes.com/socal/burbank-leader/the818now/tn-818-0201-two-women-arrested-on-suspicion-of-prostitution-at-burbank-ramada-inn-story.html

[14] Kristin Weber, Woman accused of recruiting minor for prostitution, 10 Tampa Bay, (Apr. 2, 2013), https://www.wtsp.com/article/news/local/woman-accused-of-recruiting-minor-for-prostitution/67-326688993

[15] Dan Sullivan, Tampa woman gets 15 years in prison for recruiting teens for prostitution, Tampa Bay Times, (Nov. 11, 2016), https://www.tampabay.com/news/courts/criminal/tampa-woman-gets-15-years-in-prison-for-recruiting-teens-for-prostitution/2302520/

[16] Marie Kemph, Police: Drugs seized in prostitution ring raid, Murfreesboro Post, (Nov. 27, 2017), https://www.murfreesboropost.com/news/police-drugs-seized-in-prostitution-ring-raid/article_5ed959b6-fe72-52ee-bcc8-401c8f28d986.html

[17] *Undercover cops make prostitution, drug arrests* Northeast Times (Mar. 20, 2014), https://northeasttimes.com/2014/03/20/undercover-cops-make-prostitution-drug-arrests/

[18] *Five arrested in prostitution sting at two Rock Hill motels, police say*, WBTV, (Apr. 24, 2014), https://www.wbtv.com/story/25330215/five-arrested-in-prostitution-sting-at-two-rock-hill-motels-police-say/

- In June 2014, the mother of a mentally ill woman who police say was killed after meeting for sex at a Ramada Inn in College Park, Maryland said her daughter was mentally ill and was pimped by men via computer ads.[19]

- In September 2014, police in Parsippany, New Jersey – the same city Wyndham maintains its principal place of business - arrested a man and a woman at a Ramada Inn only 12 minutes from Wyndham's corporate office on charges of theft and prostitution.[20]

- In March 2015, police arrested a woman who was renting a room at the Ramada Inn in Wayne, New Jersey for prostitution.[21]

- In April 2015, a woman was arrested on prostitution and drug charges by an undercover police officer in a sting at a Whitehall, Pennsylvania Ramada Inn.[22]

- In August 2015, at least 20 people were arrested in a prostitution sting conducted at a Des Moines, Iowa Ramada by Wyndham as part of an operation that began as a result of complaints from local business owners and citizens.[23]

- In December 2015 Hanover County, North Carolina District Attorney issued an admonishment to a Ramada Inn on Market Street, Wilmington, North Carolina, among others, for, "repeated acts which create and constitute a breach of the peace, including but not limited to prostitution, assaults, fights, and discharging firearms."[24]

---

[19] Darcy Spencer, Mother of Motel Murder Victim: "She's Not a Prostitute," 4 Washington, (Jun. 8, 2014), https://www.nbcwashington.com/news/local/mother-of-motel-murder-victim-denies-daughter-was-a-prostitute/59771/

[20] William Westhoven, Stolen purse at Kmart leads to prostitution bust, Daily Record, (Sept. 7, 2014), https://www.dailyrecord.com/story/news/local/2014/09/07/stolen-purse-kmart-leads-prostitution-bust/15192421/

[21] Natalie Mieles, Prostitution Arrest Made N Wayne Hotel, Patch, (Mar. 23, 2015), https://patch.com/new-jersey/wayne/prostitution-arrest-made-wayne-hotel-0

[22] Manuel Gamiz, Jr., Woman faces prosecution, drug charges after sting at Whitehall hotel, The Morning Call, (Apr. 23, 2015), https://www.mcall.com/news/breaking/mc-c-whitehall-hotel-prostitution-arrest-20150423-story.html

[23] Grant Rodgers and Kim Norvell, More arrests as prostitution stings continue, Des Moines Register, (Aug. 19, 2015), https://www.desmoinesregister.com/story/news/crime-and-courts/2015/08/19/urbandale-businessman-charged-prostitution/31987431/

[24] DA, police chief focus on motel crime on Market Street, Star News Online, (Jan. 10, 2016), https://www.starnewsonline.com/story/news/2016/01/10/da-police-chief-focus-on-motel-crime-on-market-street/30994128007/

---

- In February 2016, a Franklin Tennessee Police Department used Backpage.com as part of a sting operation that led to the arrest of a woman at the Ramada Inn on charges of prostitution, and possession of drug paraphernalia.[25]

32.    Similarly, Wyndham and Ramada Franchise Systems knew sex trafficking was occurring at their hotels through publicly available online review websites, which are regularly reviewed by companies such as Ramada Franchise Systems and Wyndham:

- In December 2007 – Regarding the very Toms River, New Jersey Ramada Inn which Jane Doe was trafficked, in a review titled, "Hookers, Drugs, and poor service," a reviewer wrote "[a]s my wife and I went to our room, we were first asked for money from some guy in the hallway, then a prostitute informed us for a fee, she would join us...."[26]

- In February 2010 - Regarding the Ramada by Wyndham in Rochelle Park, New Jersey, a reviewer wrote, "[t]hin walls, so EVERYTHING was heard, especially when some pimp was yelling & cursing at his "employee" from 1am till 4 am. The clientele were mostly thugs & one-night-standers."[27]

- In September 2010 – regarding the Ramada by Wyndham Pikesville/Baltimore North, a customer complained, "[a]nd to top it all off, we were awakened at 2 AM by a large party of about 25 young people outside the room, some of whom were apparently prostitutes-- young girls in skimpy clothes talking to men through car windows." The General Manager replied but did not address the prostitution complaint.[28]

- In October 2011 – Regarding the Ramada by Wyndham in East Orange, New Jersey, a reviewer wrote, "[w]as there any prostitution at the hotel? Maybe. But the pimps in the lobby always held the door for us...."[29]

---

[25] Zach Harmuth, Nolensville Woman Arrested in Prostitution Sting Awaits Court, Williamson Source, (Feb. 5, 2016), https://williamsonsource.com/nolensville-woman-arrested-prostition-sting-awaits-court/

[26] https://www.tripadvisor.co.uk/ShowUserReviews-g46870-d98468-r11235472-Ramada_by_Wyndham_Toms_River-Toms_River_New_Jersey.html

[27] https://www.tripadvisor.com/ShowUserReviews-g46782-d92577-r55266477-Ramada_by_Wyndham_Rochelle_Park_Near_Paramus-Rochelle_Park_New_Jersey.html

[28] https://www.tripadvisor.com/ShowUserReviews-g41317-d250631-r80299255-Ramada_by_Wyndham_Pikesville_Baltimore_North-Pikesville_Maryland.html

[29] https://www.tripadvisor.com/ShowUserReviews-g46403-d92370-r119573653-Ramada_by_Wyndham_East_Orange-East_Orange_New_Jersey.html

- In June 2012 – Regarding the Ramada by Wyndham in East Orange, New Jersey, in a review titled, "It Is As Bad As They Say," a reviewer wrote, "[v]isible prostitutes going up and down the hall."[30]

- In September 2012 - regarding the Ramada by Wyndham in Wyndham's home town of Parsippany, New Jersey, a reviewer advised, "[p]lease avoid this hotel at all costs unless you're a trucker or prostitute."[31]

- In October 2012 – regarding the Ramada by Wyndham in Flemington, New Jersey, a local resident wrote a review saying, "I'M A LOCAL, SO I CAN GIVE YOU AN IDEA OF THIS PLACE. First, don't go....period. If you GOOGLE this location, you'll get results that include MURDER, PROSTITUTION, DRUGS, OD'D, SUICIDE and more."[32]

- In November 2012 – regarding the Ramada Limited in Cockeysville, Maryland, a reviewer wrote, "seems to be mainly a place for hooker hookups and not somewhere anyone actually stays."[33]

- In December 2012 – Regarding a Ramada by Wyndham in East Orange, New Jersey, a reviewer wrote, "[m]y colleague rode up the elevator with someone she was sure was a hooker...."[34]

- In March 2013 – regarding the Ramada by Wyndham Baltimore West in Baltimore, Maryland, a reviewer, in a review titled "Prostitute plaza," wrote, "[o]ur second evening we were confronted by ladies who were at the time selling themselves to us. As we walked to our car the next morning we were once confronted again by 2 different professional women advancing sexual and in appropriate verbiage to my 18 year old son."[35]

- In April 2013 – Regarding the Ramada by Wyndham in East Orange, New Jersey, a reviewer wrote, "[t]his is a criminal house. Prostitution, Drugs..."[36]

---

[30] https://www.tripadvisor.com/ShowUserReviews-g46403-d92370-r132718173-Ramada_by_Wyndham_East_Orange-East_Orange_New_Jersey.html

[31] https://www.tripadvisor.com/ShowUserReviews-g46715-d98515-r141158336-Ramada_by_Wyndham_Parsippany-Parsippany_Morris_County_New_Jersey.html

[32] https://www.tripadvisor.com/ShowUserReviews-g46439-d98299-r144009092-Ramada_by_Wyndham_Flemington-Flemington_New_Jersey.html

[33] https://www.tripadvisor.com/ShowUserReviews-g41075-d93714-r146214352-Ramada_Limited_Cockeysville-Cockeysville_Maryland.html

[34] https://www.tripadvisor.com/ShowUserReviews-g46403-d92370-r147757836-Ramada_by_Wyndham_East_Orange-East_Orange_New_Jersey.html

[35] https://www.tripadvisor.co.nz/ShowUserReviews-g41045-d93846-r154472777-Ramada_by_Wyndham_Baltimore_West-Catonsville_Maryland.html

[36] https://www.tripadvisor.com/ShowUserReviews-g46403-d92370-r156310774-Ramada_by_Wyndham_East_Orange-East_Orange_New_Jersey.html

---

- In July 2013 – Regarding the Ramada by Wyndham in East Orange, New Jersey, a reviewer wrote, "[w]hile on of my family members was checking in it became obvious to them this is also a place where prostitutes come to request a room for only 3-4 hours."[37]

- In August 2013 – regarding Ramada by Wyndham West Atlantic City in Atlantic City, New Jersey, a reviewer reported, "a load of police cars because there was a prostitution raid...." The hotel's webmaster replied saying they appreciated the review and observations.[38]

- In September 2013 - regarding the Ramada by Wyndham in Yonkers, New York, a reviewer complained, "[a]ll night...drugs and prostitution business is going on there with the knowledge of the staff and managers...."[39]

- In February 2014 – regarding the Ramada by Wyndham in East Orange, New Jersey, a concerned citizen reported, "[t]here is also a revolving door of prostitution going on at the Ramada Inn" in East Orange, New Jersey on a message board.[40]

- In May 2014 – regarding the Ramada by Wyndham in Flemington, New Jersey, a reviewer reported, "[a] local restaurant informed us the Ramada is used as a half-way house for criminals recently released from prison, the late night visit to one of the rooms for suspected prostitution is about all you need to know about Ramada-Flemington."[41]

- In May 2014 - regarding the Ramada by Wyndham Baltimore West, in Baltimore, Maryland a reviewer reported, "[a] big complaint was what appeared to be a prostitute going in and out of the room next to ours every 45 minutes or so and having relatively loud sex all night."[42]

- In September 2014 – Regarding the Ramada by Wyndham in East Orange, New Jersey, a reviewer wrote, "[t]here were pimps and prostitutes everywhere."[43]

---

[37] https://www.tripadvisor.com/ShowUserReviews-g46403-d92370-r166806340-Ramada_by_Wyndham_East_Orange-East_Orange_New_Jersey.html

[38] https://www.tripadvisor.com/ShowUserReviews-g46742-d98115-r174159963-The_Ramada_Atlantic_City_West-Pleasantville_New_Jersey.html

[39] https://www.tripadvisor.com/ShowUserReviews-g48922-d93875-r175810200-Ramada_by_Wyndham_Yonkers-Yonkers_New_York.html

[40] https://seeclickfix.com/issues/928962-dangerous-elevator-ramada-inn

[41] https://www.tripadvisor.com/ShowUserReviews-g46439-d98299-r207477406-Ramada_by_Wyndham_Flemington-Flemington_New_Jersey.html

[42] https://www.tripadvisor.co.nz/Hotel_Review-g41045-d93846-Reviews-Ramada_by_Wyndham_Baltimore_West-Catonsville_Maryland.html

[43] https://www.tripadvisor.com/ShowUserReviews-g46403-d92370-r227874288-Ramada_by_Wyndham_East_Orange-East_Orange_New_Jersey.html

---

- In November 2014 – regarding the Ramada by Wyndham Waukegan/Great Lakes in Waukegan, Illinois, a reviewer noted, "I encountered the back door propped open on several occasions and different men pulling up in numerous vehicles, staying for a half hour or less each time. I called the front desk and reported this and was told the one man security would handle it. He didn't. Condoning prostitution is grounds for business license revocation or suspension." Regarding prostitution, the Manager replied, "We never condone any illegal activities, have overnight security to assure the peace of all our guests, and cooperate fully with local law enforcement immediately should we encounter any illegal activities."[44]

- In June 2015 regarding the Ramada by Wyndham Whitehall/Allentown in Whitehall, Pennsylvania, a reviewer said, "[t]here were prostitutes in and out of this place."

- In a July 2015 review of a Ramada by Wyndham in East Orange, New Jersey, a reviewer wrote, "[o]n the way back to our room, my husband heard a prostitute making "deals" with her clients. The foot traffic is heavy within this hotel, and now it makes sense. If you're looking for a prostitute, then this is the place to be, but this is not a family friendly hotel." The General Manager replied but did not address the concerns regarding prostitution.[45]

- In August 2015 - regarding the Ramada by Wyndham Parsippany in Wyndham's home town of Parsippany, New Jersey, a reviewer titled their review, "Do NOT Feel SAFE Here Anymore-- has Become a HOTSPOT for Prostitution!!-," and wrote, "FIRST ALL DOORS Of the Hotel are "Open" to ANYONE walking from the Streets...Arriving back to my Room one evening at 1A, watching cars parking, then Various men Walking Right into the hotel. When I Went into End main door), I Was Absolutely Scared to Death Noticing a Man Crouched down Behind The STAIRS!!!! "Obviously Waiting His Turn" Hearing him Say "I am here". "I am Inside". The TRAFFIC Coming and Going Just that ONE NIGHT Was unbelievable. It Became OBVIOUS That PROSTITUTION Had Become Quite POPULAR At This Hotel, It Was like a "Rats Nest", Men Walking in all hours, Men sitting in their Cars ALL HOURS. It Was a Very Shameful, and Disturbing Sight. I Did Not Feel SAFE I Did Not Feel Respected by the Hotel, I Was Very Saddened to See What has happened to this place!!!! I Actually Sat in my Car one evening at 11:30PM, literally Saw 7 Vehicles pull into parking lot, they would park, Men walking straight into the HOTEL!!! I Sat for about 20 minutes was All, Seeing All the Weird Men Coming and Going It was A Very CREEPY experience, it was Very Disturbing to me. You Don't have to be a Genius to See what is going on There...It is Hard to Believe that The

---

[44] https://www.tripadvisor.com/ShowUserReviews-g36854-d90331-r239174515-Ramada_by_Wyndham_Waukegan_Great_Lakes-Waukegan_Lake_County_Illinois.html
[45] https://www.tripadvisor.com/ShowUserReviews-g46403-d92370-r294451091-Ramada_by_Wyndham_East_Orange-East_Orange_New_Jersey.html

---

Hotel is Allowing this type of Illegal Activity, These prostitutes are "Running Their Business" Selfish behavior and Non-Caring. The Hotel is CREEPY Now, ALL WEIRD MEN Coming and Going...The Ramada REPUTATION has certainly Changed for the WORSE. The Prostitution at the Hotel is Bringing WEIRD, CREEPY, LOW-CLASS people, If I WANTED A HOTEL With prostitution, With NO LOCKS on the Doors, With NO SECURITY, Random Men Hiding under stairway, Walking Around inside All hours, I Could get That in Newark. This Whole Place Has Become SHAMEFUL...I Don't Recommend it for Anyone, Unless you are a "JOHN" Wanting a Good Time!!!!"[46]

- In September 2015 – regarding the Ramada by Wyndham Parsippany in Wyndham's home town of Parsippany, New Jersey, a reviewer titled their review, "ALL I SAW Was Hookers, (And to Make it More Interesting, TRANS-SEXUAL MEN Who WERE PROSTITUTES)," and wrote, "...the LOCKS ARE ALL BROKEN and ANYONE CAN JUST WALK INSIDE THE BUILDING, NO SECURITY, NO LOCKS ... I Think That 75% of the people Were prostitutes, and Everyone that I Saw parking and going inside Were Not GUESTS at the hotel, I Find it very Hard to believe That there is NO MANAGEMENT Seeing this activity...DRUGS, Hookers, It was AWFUL!!!!!"[47]

- In November 2015 – regarding the Ramada Hotel & Conference Center by Wyndham in Edgewood, Maryland a reviewer titled their review, "Hookers bad WiFi and smelly room." The General Manager replied as to the other issues raised, but ignored the prostitution complaint.[48]

33.    Nineteen of the above reported incidents of prostitution and human trafficking occurred in Wyndham's home state of New Jersey prior to and during the time Jane Doe was trafficked. Four reported prostitution at the Ramada by Wyndham Parsippany, a 12 minute drive from Wyndham's corporate headquarters.

34.    This sampling of news stories and reviews from the time period before Jane Doe was trafficked at the Ramada Inn in Toms River, New Jersey establishes that Wyndham and Ramada Franchising knew (or at a minimum, certainly should have known):

---

[46] https://www.tripadvisor.com/ShowUserReviews-g46715-d98515-r302891589-Ramada_by_Wyndham_Parsippany-Parsippany_Morris_County_New_Jersey.html
[47] https://www.tripadvisor.com/ShowUserReviews-g46715-d98515-r313180289-Ramada_by_Wyndham_Parsippany-Parsippany_Morris_County_New_Jersey.html
[48] https://www.tripadvisor.com/ShowUserReviews-g41125-d89414-r325336267-Ramada_Hotel_Conference_Center_by_Wyndham_Edgewood-Edgewood_Maryland.html

a.  The use of Ramada Inn for sex trafficking and prostitution was not isolated to one location;

b.  The use of Ramada Inn for sex trafficking was not isolated to one specific geographic region and was a nationwide problem;

c.  Ramada Inn was involved with multiple law enforcement investigations involving sex trafficking;

d.  Sex trafficking at Ramada Inn inherently involved compelled prostitution; and [49]

e.  Ramada Inn failed to ensure adequate proper policies and procedures were in place and being followed to prevent sex trafficking.

**The Use of Wyndham Properties for Sex Trafficking Was Well Known to Wyndham**

35.    Wyndham has reported training workers at Wyndham franchised hotels to spot sex trafficking since at least 2011.[50] Unfortunately, Wyndham and Ramada Franchising did not enforce their anti-sex trafficking policies, and Mazel Franchisees did not follow anti-sex trafficking policies at the subject Ramada Inn.

**Jane Doe Trafficking at the Subject Ramada Inn Could Have Been Prevented**

36.    As described above, sex trafficking is pervasive in the United States, and the hotel industry, Defendants are aware of sex-trafficking in the industry generally. Moreover, as set out more fully below, Ramada Franchise Systems inspects Mazel Franchisees' property and requires the Mazel Franchisees report suspected instances of crime at the subject Ramada Inn. Upon information and belief, the hotel franchisors, including Wyndham and Ramada Franchising,

---

[49] "Prostitution and sex trafficking are inextricably linked, and where prostitution is legalized or tolerated, there is a greater demand for human trafficking victims and nearly always an increase in the number of women and children trafficked into commercial sex slavery." H.R. REP. 115-572, 5, 2018 U.S.C.C.A.N. 73, 76.

[50] Katie Lobosco, Days Inn, Super 8 workers trained to spot sex trafficking, CNN, (Nov. 2014), https://money.cnn.com/2014/11/18/news/companies/days-inn-sex-trafficking/#:~:text=Hotel%20workers%20will%20be%20trained,hotline%20or%20alert%20local%20police.

communicate to their franchisees, including Mazel Franchisees, their knowledge of sex trafficking within the industry and at other franchised locations.

37.    During her trafficking, Jane Doe's trafficker frequently and regularly used the Ramada Inn location because he knew that members of the staff looked the other way, despite the obvious signs of sex trafficking associated with Jane Doe's trafficking at Ramada Inn. Some individuals associated with the subject Ramada Inn accepted tips to do so. This would not have occurred if Defendants had implemented and enforced adequate anti-sex trafficking policies and training.

38.    The most effective weapon against sexual exploitation and human trafficking is education and training.[51] As ECPAT concluded:

> The hospitality industry is in a unique position to identify and report human trafficking due to its perceived anonymity. Traffickers believe they can go unnoticed while exploiting victims across the globe in hotels— ranging from budget properties to luxury resorts. From check-in to check-out there are a number of indicators victims and exploiters exhibit during the time they are on a hotel property. [52]

39.    This same conclusion is echoed by others who seek to eliminate or minimize sex trafficking in the hospitality industry, including the American Hotel Lodging Association: "Hotel employees who have undergone training are more aware of trafficking when it happens – and are more willing to report it – than those who have not been trained.[53] In reference to companies like Wyndham and Ramada Franchise Systems and NNJP, ECPAT observed: "If they do nothing to

---

[51] https://polarisproject.org/recognizing-human-trafficking/

[52] https://www.ecpatusa.org/hotel-training. ECPAT reports that, of hotel employees who receive training on sex trafficking, 84% have increased awareness of these events compared with 16% of untrained employees. See https://www.ecpatusa.org/novacancy. See also Sex Trafficking in the Tourism Industry, J. Tourism Hospit. 2015, link at https://www.longdom.org/open-access/sex-trafficking-in-the-tourism-industry-2167-0269-1000166.pdf

[53] https://www.ahla.com/issues/human-trafficking

raise awareness or to prevent child trafficking, they risk becoming an indirect and unintentional conduit for the abuse that takes place."

40.    If Wyndham and Ramada Franchising had adequately trained and implemented guidelines, "red flags," training policies and procedures, and other recommendations adopted in the industry, Wyndham, Ramada Franchising, and Mazel Franchisees would have known of Jane Doe's trafficking at Ramada Inn and would have been in a position to prevent the trafficking of Jane Doe.

41.    Despite the obvious signs of sex trafficking at the subject Ramada Inn, Jane Doe's trafficker was allowed to continue to use the property as the venue for Jane Doe's violent sexual exploitation and trafficking. Adequate training and enforcement would have prevented Jane Doe's trafficking.

42.    Jane Doe's trafficker would frequently use Jane Doe's identification card to secure hotel rooms. Yet, no one at the hotel questioned the trafficker or asked Jane Doe why the trafficker was securing a room in her name, which is a recognized sign of sex trafficking. Had Wyndham and Ramada Franchising enforced policies and procedures regarding customer identification that were purportedly enacted to prevent trafficking from occurring within their Ramada branded hotels, Jane Doe's trafficker would not have been permitted to secure the rooms from which Jane Doe was trafficked at the subject Ramada Inn. Furthermore, had Mazel Franchisees properly followed the franchise policies purportedly enacted by Wyndham and Ramada Franchising regarding customer identification to prevent trafficking from occurring at Ramada branded hotels, Jane Doe's trafficker would not have been permitted to secure the rooms from which Jane Doe was trafficked at the subject Ramada Inn. Had Defendants acted to adequately prohibit Jane Doe's

trafficker from utilizing the property, Jane Doe's trafficking at the subject Ramada Inn would have been prevented.

43.    During her trafficking, Jane Doe's appearance was not maintained, and she often appeared unkempt and clothed in tattered and inappropriate attire for her age and circumstance. Had Wyndham and Ramada Franchising enforced the policies and procedures they purportedly enacted to prevent trafficking from occurring within their Ramada branded hotels after observing an obvious sign of trafficking as described above, Jane Doe's trafficking would have been identified and reported, which would have prevented her trafficking at the subject Ramada Inn. Furthermore, had Mazel Franchisees properly followed the franchise policies purportedly enacted by Wyndham and Ramada Franchising to identify and prevent trafficking from occurring at Ramada branded hotels as described above, Jane Doe's trafficking would have been identified and reported, which would have prevented her trafficking at the subject Ramada Inn.

44.    There was also heavy foot traffic in and out of Jane Doe's room involving men who were not hotel guests. Jane Doe had approximately 10 men a day sexually exploiting her at the subject Ramada Inn. These individuals entered and left at unusual hours and were present at the hotel for brief periods of time, which are signs of sex trafficking. Had Wyndham and Ramada Franchising enforced the policies and procedures they purportedly enacted to prevent trafficking from occurring within their Ramada Inn branded hotels after observing obvious signs of trafficking as described above, Jane Doe's trafficking would have been identified and reported, which would have prevented her trafficking at the subject Ramada Inn. Furthermore, had Mazel Franchisees properly followed the franchise policies purportedly enacted by Wyndham and Ramada Franchising to identify and prevent trafficking from occurring at Ramada branded hotels as

described above, Jane Doe's trafficking would have been identified and reported, which would have prevented her trafficking at the subject Ramada Inn.

45.    The employees of the subject Ramada Inn accepted "tips" from Jane Doe P.B. 's traffickers as bribes to "look the other way" rather than taking action to prevent Jane Doe's trafficking at the subject Ramada Inn. Had Wyndham and Ramada Franchising enforced the policies and procedures they purportedly enacted to prevent trafficking from occurring within their Ramada branded hotels, including reporting known sex trafficking, Jane Doe's trafficking would have been identified and reported, which would have prevented her trafficking at the subject Ramada Inn. Furthermore, had Mazel Franchisees properly followed the franchise policies purportedly enacted to prevent trafficking from occurring at Ramada Inn branded hotels, Jane Doe's trafficking would have been identified and reported, which would have prevented her trafficking at the subject Ramada Inn.

46.    Multiple employees, including management level employees, at the subject Ramada Inn observed signs of sex trafficking specific to Jane Doe.

47.    Multiple employees, including management level employees, at the subject Ramada Inn interacted with Jane Doe's traffickers and those who paid to sexually exploit her at the subject Ramada Inn.

48.    Multiple employees, including management level employees, at the subject Ramada Inn interacted with Jane Doe's traffickers and accepted "tips" as bribes to ignore the sexual exploitation of Jane Doe.

49.    Mazel Franchisees, the "boots on the ground," observed the signs of sex trafficking present before, during, and after Jane Doe's trafficking at the subject Ramada Inn.

50.     Mazel Franchisees were purportedly required to relay their knowledge of Jane Doe's sex trafficking to the Franchisors.

**Franchisors Set Standards for Mazel Franchisees**

51.     Mazel Franchisees were and are at all material times required to comply with franchise agreement standards, policies, and rules, including those related to security, kidnapping, the trafficking of persons and/or compelled prostitution, if any, promulgated by Wyndham and Ramada Franchising.

52.     Wyndham and Ramada Franchising are liable for the acts of Mazel Franchisees when they exert day-to-day control over them.

53.     Wyndham and Ramada Franchising generate revenue and profit from each room that is rented.  By doing so, they intentionally or knowingly benefited from participating in a venture that traffics another person by, among other things, receiving financial benefits from the trafficking venture.  Under the Ramada Inn franchise agreement, Mazel Franchisees are required to pay to Franchisors.  These percentages include 3% of gross room revenues for royalty fees, and an additional 4.5% of gross room revenues for marketing assessments and reservation services provided by "RINA" (Ramada Inter-National Association).

54.     In addition to brand recognition, a marketing organization, hotel listings in the Global Distribution System (GDS) and other online travel agency databases, Franchisors provide the Mazel Franchisees with access to its brand wide central reservation system, 800 number, revenue management tools, loyalty programs and a website. Thus, booking and room reservations are controlled by Franchisors and RINA through the franchise agreement.[54]

---

[54] Ellen Meyer, *The Origins and Growth of Franchising in the Hotel Industry*, LODGING MAGAZINE (April 10, 2018) https://lodgingmagazine.com/the-origins-and-growth-of-franchising-in-the-hotel-industry/.

---

55.    Wyndham and Ramada Franchising require their franchisees, including Mazel Franchisees, to adhere to consistent standards.

56.    Wyndham and Ramada Franchising exercise control over their franchisees, including Mazel Franchisees, to ensure quality control by conducting periodic on-site inspections to confirm compliance with its policies and procedures.

57.    Wyndham and Ramada Franchising exercise control over decisions related to payment options for rooms, including but not limited to allowing payment by cash or prepaid credit card.

58.    Wyndham and Ramada Franchising exercise an ongoing right of control over their franchised hotels, including but not limited to the subject Ramada Inn franchised to Mazel Franchisees, through at least one or more of the following actions:

   a.  hosting online bookings on Wyndham's domain;

   b.  requiring Ramada Franchise Systems branded hotels to use Wyndham's customer rewards program;

   c.  setting employee wages;

   d.  making employment decisions;

   e.  advertising for employment;

   f.  sharing profits;

   g.  standardized training methods for employees;

   h.  building and maintaining the facility in a specified manner;

   i.  standardized or strict rules of operation;

   j.  regular inspection of the facility and operation;

   k.  fixing prices;

l. security policies and procedures;

m. interior and exterior design decisions; and/or

n. other actions that deprive Ramada Inn branded hotels of independence in their business operations.

**Franchisors Had Actual Knowledge of the Sex Trafficking Venture**

59. Based upon public reporting, investigations, criminal incidents, hotel reviews and comments, and direct reporting from Mazel Franchisees set out above, Wyndham and Ramada Franchising had actual knowledge of pervasive and continuous sex trafficking throughout the hotel industry, its franchised and owned hotel properties and the subject Ramada Inn. They knowingly chose to facilitate sex trafficking at its locations including the subject Ramada Inn and benefit from its participation in a sex trafficking venture.

**Franchisors and Mazel Franchisees Knowingly Benefitted from Jane Doe's Sex Trafficking**

60. Plaintiff alleges that Wyndham and Ramada Franchising knowingly received financial benefits from participating in the venture that facilitated Jane Doe's trafficking at the subject Ramada Inn.

61. Wyndham and Ramada Franchising, as franchisor, generates substantial income from operations of the franchise locations. In exchange for providing the services described above, Franchisors received a share of the profits from room rentals collected by Mazel Franchisees at the subject Ramada Inn. The primary source of Franchisor's income is the franchising royalty fee, but Franchisors also profit from reservation fees, marketing fees, loyalty program fees, and other miscellaneous ancillary fees, as described in the franchise documents. The fees generated by Franchisors are primarily based on gross room rentals; therefore, Franchisors' profits increase with each room rental.

62.     Mazel Franchisees profited from every stay by every patron at the subject Ramada Inn, both from room rentals and other hotel services.

63.     Therefore, at all material times, each Defendant received monetary payment for the rental of rooms at the subject Ramada Inn, including the rooms where Jane Doe was being trafficked.

64.     As a result of the monies paid by Jane Doe's traffickers to the secure rooms for her trafficking at the subject Ramada Inn, Wyndham, Ramada Franchising, and Mazel Franchisees all knowingly benefitted from participating in the venture that trafficked, harbored, and maintained Jane Doe's trafficking at the subject Ramada Inn.

65.     A reasonable juror could infer from Wyndham and Ramada Franchising's knowledge of sex trafficking throughout the industry in general and at Ramada branded properties in particular, that Wyndham and Ramada Franchising failed to enforce its anti-sex-trafficking policies because doing so would interrupt the benefits it receives from its participation in the venture.

**Franchisors are Liable for Mazel Franchisees's Actions Based on Agency Principles**

66.     The relationship between Mazel Franchisees, Wyndham and Ramada Franchising was governed by a franchise agreement. As described above, Wyndham and Ramada Franchising exercised sufficient control over Mazel Franchisees' operations to create an agency relationship. Because at all material times Mazel Franchisees were acting as Wyndham's and Ramada Franchising's agent, Wyndham and Ramada Franchising are vicariously liable for Mazel Franchisees' participation in the sex trafficking venture.

67. At all material times, Wyndham and Ramada Franchising had both the right to assign Mazel Franchisees tasks or matters material to this lawsuit and the right to control the means and details by which Mazel Franchisees were to accomplish those tasks.

68. An agency relationship between Wyndham and Ramada Franchising and its brand hotels was created and is maintained through their exercise of an ongoing and systemic right of control over Ramada branded hotels by their operations, including the means and methods of how Ramada branded hotels conduct daily business, hosting online bookings, setting parameters on employee wages, building and maintaining the facility in a manner specified by Franchisors, conducting regular inspection of the facility and operation, and standardizing training methods for employees. Upon information and belief, per the contract or franchise agreement, Franchisors may enforce these standards through periodic inspections and even termination of the agreement if the operating hotel is found to be inadequate.

## CAUSES OF ACTION – SEX TRAFFICKING UNDER THE TVPA

69. Jane Doe incorporates all other allegations.

70. At all relevant times, Jane Doe was and is a victim within the meaning of 18 U.S.C. § 1595(a).

71. At all relevant times, Wyndham, Ramada Franchising, and Mazel Franchisees were perpetrators within the meaning of 18 U.S.C. § 1595(a).

72. Each Defendant knowingly benefitted, by receiving financial and other compensation, through their participation in a venture involving the trafficking, harboring, and maintenance of sex trafficking victims in exchange for financial benefits. 18 U.S.C. §§ 1590(a), 1591(a)(2), 1593A.

73.    As described above, each Defendant knew or should have known they were participating in a venture involving the trafficking, harboring, and maintenance of sex trafficking victims in exchange for financial benefits, in violation of the TVPRA, 18 U.S.C. § 1591, et seq.

74.    Despite Defendants' knowledge of Jane Doe's sex trafficking, Jane Doe's trafficker was able to continue renting rooms for the sexual exploitation of Jane Doe at the subject Ramada Inn.

75.    Thus, each Defendant participated in a venture with, among others, Jane Doe's traffickers. Each of the venturers shared a common purpose – the rental of hotel rooms and the making of profits. Each Defendant profited while Jane Doe's trafficker was able to rent a secure venue to traffic Jane Doe. Each Defendant took affirmative actions in furtherance of the venture by continually renting rooms to Jane Doe's trafficker, failing to properly implement anti-trafficking rules and policies, all the while ignoring the obvious signs of Jane Doe's trafficking.

76.    Each Defendant's failure to train their agents and employees and their inattention to the plights of their patrons, including Jane Doe at the subject Ramada Inn, enabled and contributed to the sex trafficking of Jane Doe.

77.    Each Defendant knowingly participated in a sex trafficking venture as a result of the support, facilitation, harbouring, maintenance, and/or other acts in furtherance of sex trafficking, including the sex trafficking of Jane Doe.

78.    Each Defendant received substantial financial benefits as a result of these acts and/or omissions through room rental and other fees from patrons and visitors of the subject Ramada Inn.

79.     The facts alleged establish that each Defendant knowingly benefitted, financially or by receiving anything of value from participating in a venture that Defendants knew or should have known has engaged in an act in violation of the TVPRA.

80.     Each Defendant's TVPRA violations were a direct, producing, and proximate cause of the injuries and damages to Jane Doe.

81.     Jane Doe further alleges that, as a result of the relationship between Wyndham, Ramada Franchising, and Mazel Franchisees, Wyndham and Ramada Franchising are vicariously liable for the acts of Mazel Franchisees. Factors that support this allegation are that Wyndham and Ramada Franchising shared profits, employee training, standardized and strict rules of operations, they controlled pricing and reservations, regularly conducted inspections, and other acts described above. Finally, Wyndham and Ramada Franchising had the right to terminate the franchise agreement with Mazel Franchisees if they failed to comply with the requirements promulgated by Wyndham and Ramada Franchising. Thus, Wyndham and Ramada Franchising retained control, or the right to control, the mode and manner of work for which it contracted.

**DAMAGES**

82.     Plaintiff adopts and re-alleges each paragraph above as if set forth herein. Including the damages specifically alleged above, Jane Doe seeks the following damages from all Defendants:

  a. Actual damages (until trial and in the future);

  b. Direct damages (until trial and in the future);

  c. Incidental and consequential damages (until trial and in the future);

  d. Mental anguish and emotional distress damages (until trial and in the future);

  e. Lost earning capacity in the future (until trial and in the future);

f.   Necessary medical expenses (until trial and in the future);

g.   Physical pain and suffering (until trial and in the future);

h.   Physical impairment (until trial and in the future);

i.   Unjust enrichment (until trial and in the future); and

j.   Exemplary damages

k.   Attorneys' fees

## JURY DEMAND

83.   Plaintiff requests trial by jury.

## RELIEF SOUGHT

84.   Wherefore, Jane Doe respectfully requests judgment against Wyndham Hotels & Resorts, Inc. d/b/a Ramada Inn, Ramada Franchising, Inc. d/b/a Ramada Inn, CT-CT07 Mazel, LLC d/b/a Ramada Inn, and DT-DT07 Mazel, LLC d/b/a Ramada Inn for the elements of damages set forth above as if set forth herein and in excess of the minimum jurisdictional limits of this Court, pre and post-judgment interest as allowed by law, costs of suit, attorney fees, and all other relief, at law or in equity, to which she may be justly entitled.

Respectfully submitted,

**LOCKS LAW FIRM**

By: _____

JENNIFER L. EMMONS, ESQUIRE
801 NORTH KINGS HIGHWAY
CHERRY HILL, NJ 08034
(856) 910-4303
(856) 910-8400 Facsimile
jemmons@lockslaw.com

Dated: 3/17/23

Plaintiff's Original Complaint (Jane Doe P.B.)
Page 28