## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

JANE DOE (P.B.),

                              Plaintiff,

           v.

WYNDHAM HOTELS & RESORTS, INC.
d/b/a RAMADA INN, RAMADA
FRANCHISE SYSTEMS, INC. d/b/a
RAMADA INN, DORCA CO. INC. d/b/a
RAMADA INN,

                              Defendant.

Civil No. 23-1493 (ESK/EAP)

### STIPULATION OF DISMISSAL
### WITH PREJUDICE

**IT IS HEREBY** stipulated and agreed that the claims of plaintiff Jane Doe (P.B.) against

defendants Wyndham Hotels & Resorts, Inc., Ramada Franchise Systems, Inc. and Dorca Co. Inc.

be and are hereby dismissed with prejudice and without costs against any party.

| | |
|---|---|
| **LOCKS LAW FIRM**<br>Attorneys for Plaintiff, Jane Doe (P.B.) | **DLA PIPER LLP (US)**<br>Attorneys for Defendants Wyndham Hotels & Resorts, Inc. and Ramada Franchise Systems, Inc. |
| By:  */s Francesca A. Iacovangelo*<br>FRANCESCA A. IACOVANGELO, ESQ. | By:  */s David S. Sager*<br>DAVID S. SAGER, ESQ. |
| Dated:  April 4, 2025 | Dated: April 4, 2025 |

**GIORDANO, HALLERAN & CIESLA, P.C.**
Attorneys for Defendant, Dorca Co. Inc.

By:  */s Matthew N. Fiorovanti*
     MATTHEW N. FIOROVANTI, ESQ.

Dated:  April 4, 2025

#11345265v1