THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JANE DOE (P.B.),<br><br>        Plaintiff,<br><br>  v.<br><br>WYNDHAM HOTELS & RESORTS, INC. d/b/a RAMADA INN, RAMADA FRANCHISE SYSTEMS, INC. d/b/a RAMADA INN, DORCA CO. INC. d/b/a RAMADA INN,<br><br>        Defendant. | Civil No. 23-1493 (ESK/EAP)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br><br># ORDER |

  **IT IS HEREBY** stipulated and agreed that the claims of plaintiff Jane Doe (P.B.) against defendants Wyndham Hotels & Resorts, Inc., Ramada Franchise Systems, Inc. and Dorca Co. Inc. be and are hereby dismissed with prejudice and without costs against any party.

| | |
|---|---|
| **LOCKS LAW FIRM**<br>Attorneys for Plaintiff, Jane Doe (P.B.) | **DLA PIPER LLP (US)**<br>Attorneys for Defendants Wyndham Hotels & Resorts, Inc. and Ramada Franchise Systems, Inc. |
| By: */s Francesca A. Iacovangelo*<br>   FRANCESCA A. IACOVANGELO, ESQ. | By: */s David S. Sager*<br>   DAVID S. SAGER, ESQ. |
| Dated:  April 4, 2025 | Dated: April 4, 2025 |

**GIORDANO, HALLERAN & CIESLA, P.C.**
Attorneys for Defendant, Dorca Co. Inc.

By: */s Matthew N. Fiorovanti*
   MATTHEW N. FIOROVANTI, ESQ.

Dated:  April 4, 2025

                     So Ordered.

                     _____*/s/ Edward S. Kiel*_____
                     **Edward S. Kiel, U.S.D.J.**
                     **Date: April 7, 2025**

#11345265v1